UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE CENTER FOR GESTALT DEVELOPMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:22-cv-02185-RLY-CSW |
| CHARLES BOWMAN, | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO WITHDRAW**
**AS COUNSEL OF BRIAN C. CAVANAUGH**

This matter is before the Court on counsel's Motion to Withdraw Appearance as Counsel of Brian C. Cavanaugh. (Dkt. No. 78). The Court hereby **GRANTS** the motion.

IT IS THEREFORE ORDERED that the appearance of Brian C. Cavanaugh on behalf of Plaintiff is **WITHDRAWN** and **TERMINATED**.

**SO ORDERED.**

Dated: January 12, 2024

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution via ECF to counsel of record.