UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE CENTER FOR GESTALT DEVELOPMENT, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:22-cv-02185-RLY-CSW ) |
| CHARLES BOWMAN, | ) ) ) |
| Defendant. | ) |

## SCHEDULING ORDER

At the Parties request, this matter is scheduled for a **Telephonic Discovery Dispute Conference** on **January 25, 2024 at 11:30 a.m. (Eastern Time)**, before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The purpose of this conference is to assist the parties in a discovery dispute. **Before 12:00 p.m. (EST)** on January 24, 2024, the parties are **DIRECTED** to e-mail the Magistrate Judge, at CSW_Settlement@insd.uscourts.gov, and opposing counsel, a brief outline, which shall not exceed **two pages**, of the dispute and their respective positions on the issue. Parties shall also e-mail copies of ONLY the discovery requests that are disputed, NOT ALL of the interrogatories, requests for production, and non-party subpoenas. The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.

**SO ORDERED.**

**Dated:** January 23, 2024

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**