UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE CENTER FOR GESTALT DEVELOPMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:22-cv-02185-RLY-CSW |
| CHARLES BOWMAN, | ) ) ) | |
| Defendant. | ) | |

**MAGISTRATE JUDGE'S ORDER ON TELEPHONIC
DISCOVERY DISPUTE CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 11:30 a.m., Indianapolis time (EST), on January 25, 2024, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel. The Parties discussed the issue in dispute, namely the appropriate location for the deposition of the Plaintiff.

No further orders are entered at this time.

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:** January 26, 2024

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

1

**Served electronically on all ECF-registered counsel of record.**