UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE CENTER FOR GESTALT DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:22-cv-02185-RLY-CSW |
| CHARLES BOWMAN, JEAN-MARIE ROBINE, and INSTITUT FRANCAIS DE GESTALT-THERAPIE, | ) | |
| Defendants. | ) | |

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION and GRANTING DEFENDANTS CHARLES BOWMAN AND JEAN-MARIE ROBINE'S MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff moves for reconsideration of the court's order granting summary judgment in favor of Defendants Charles Bowman and Jean-Marie Robine, and Defendants Bowman and Robine move for entry of final judgment. The court, having read and reviewed the parties' submissions, the designated evidence, and the applicable law, finds Plaintiff's motion for reconsideration (Dkt. 162) should be **DENIED** and Defendants Charles Bowman and Jean-Marie Robine's Motion for Entry of Final Judgment (Dkt. 161) should be **GRANTED**. Final judgment shall issue forthwith.

**IT IS SO ORDERED** this 6th day of January 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.