# EXHIBIT E

## Announcement & Advertisement for Infringing Book

m:
Charlie Bowman<aagtone@gmail.com>
 Sunday, November 10, 2019 8:00 AM
To
memberlistserv <memberlistserv@aagt.org>

Charlie Bowman<aagtone@gmail.com>

Dear AAGT Colleagues,

I am pleased to announce the release of a new book edited by Jean-Marie Robine and myself, Psychopathology of Awareness: An Unfinished and Unpublished Manuscript with Commentary by Fritz Perls. The book is published by l'exprimerie, a non-profit organisation which is part of the French Institute for Gestalt Therapy. We wanted the price of this book to be such that it would be accessible to everyone, so initially you probably will find it only on www.exprimerie.fr. It will be available later on Amazon and hopefully other sites in print and electronically.

You will be fascinated to read how Fritz was developing his thinking, beyond the practice he had established at Esalen, in the 50 plus pages of his undiscovered writing. The Chapter Authors listed below write commentary from their perspective and they did so without collaboration. The result is myriad fresh eyes examining the manuscript. From the Introduction:

As each of us read and reflected independently upon Perls' manuscript we were drawn to different ideas and possibilities, reminiscent of the ancient parable of the blind men and the elephant. In this parable, a group of blind men experience an elephant for the first time. None of them were aware of its shape and form so they examined it by touch. The first person felt the elephant's trunk, proclaiming, "This being is like a thick snake." The next person felt an ear, which seemed like a kind of fan. Another felt a leg and proclaimed the animal was like a sturdy tree trunk. On and on they went, the last person feeling a tusk and announcing that the elephant was hard and smooth like a spear. A sage in the crowd shared with the blind men, "You are all right and you are all wrong! The elephant is all those things and more."

In addition to Charlie Bowman from the USA and Jean-Marie Robine from France, the creators and editors of this book, the following authors have also contributed their

words:

Robert Resnick (USA)

Michael V. Miller (USA)

Peter Philippson (UK)

Jack Aylward (USA)

Bernd Bocian (Italy/Germany)

Nancy Amendt-Lyon (Austria)

Peter Cole (USA)

Myriam Muñoz Polit (Mexico)

Rezeda Popova (Tatarstan, Russia)


The recent discussions regarding Fritz and the relational turn in gestalt therapy on this list are directly addressed in this book, even by Fritz himself! Attached is the flyer which will announce the book. Feel free to distribute it to anyone who might be interested. The book will be available on the l'exprimerie website beginning in December.

Warmly,

Charlie Bowman and Jean-Marie Robine
--

Case 1:22-cv-02185-RLY-CSW Document 589-1 Filed 09/26/2024 Page 4 of 21
Case 1:22-cv-02185-RLY-CSW Document 58-1 Filed 11/03/2022 Page 4 of 21 PageID #: 3539



**FREDERICK S. PERLS**

edited by Jean-Marie ROBINE & Charles BOWMAN

# Psychopathology of Awareness

An unfinished and unpublished manuscript with commentaries by contemporary gestalt-therapists

l'exprimerie

ISBN : 978-2-913706-88-0
200 pages
25 € + 5€ shipping
ebook : 20 €

*Special discount for Institutes when order > 5 copies*
contact : edition@exprimerie.fr

**An unfinished and unpublished manuscript from the main founder of gestalt therapy,** edited by Jean-Marie Robine and Charles Bowman

*with comments from*

*Robert Resnick* (USA)
*Michael V. Miller* (USA)
*Peter Philippson* (UK)
*Jack Aylward* (USA)
*Bernd Bocian* (Italy/Germany)
*Nancy Amendt-Lyon* (Austria)
*Peter Cole* (USA)
*Myriam Muñoz Polit* (Mexico)
*Rezeda Popova* (Russia)
*Charles Bowman* (USA)
*Jean-Marie Robine* (France)

---

Certainly, there had always been the rumor of the existence of an unfinished manuscript penned by Fritz Perls, the primary founder of Gestalt Therapy. For some of us, this rumor was a little more specific since this text even had a title: "*Psychopathology of Awareness*". But none knew where to find it - or claimed not to know. Like a "cold case" dear to television police series, discovery and investigation led to awakening the sleeping manuscript and shedding light on Perls's last theoretical contributions. More time was then necessary to overcome multiple hesitations and mobilize some authors to comment on this relatively brief and sometimes chaotic draft. Isn't that always the case for unfinished texts? We therefore asked a few gestalt therapists, who occupy a place in the community among the authors who are advancing the theoretical and clinical development of gestalt therapy, or have been able in various ways to highlight the richness of Perls' work, to resonate with this text that they were unfamiliar with and to comment on it in complete freedom.

In addition to Charlie Bowman from the USA and Jean-Marie Robine from France, the creators and editors of this book, the following authors have also contributed their words: Robert Resnick (USA), Michael V. Miller (USA), Peter Philippson (UK), Jack Aylward (USA), Bernd Bocian (Italy/Germany), Nancy Amendt-Lyon (Austria), Peter Cole (USA), Myriam Muñoz Polit (Mexico), Rezeda Popova (Tatarstan, Russia).

J.-M. R and C. B.

*Friedrich S. Perls (also known as Fritz), was born in Berlin in 1893 and died in Chicago in 1970. He was a psychiatrist, psychoanalyst and psychotherapist trained by people like Goldstein, Fenichel, Karen Horney, Wilhelm Reich and many other famous clinicians. He then, along with Paul Goodman, the famous American intellectual and author, wrote the founding text* Gestalt Therapy *(1951) and created the first Gestalt Therapy Institute in New York. Today, Gestalt Therapy has spread widely throughout the world thanks to hundreds of Institutes and thousands of gestalt-therapists.*

# www.exprimerie.fr