IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CENTER FOR GESTALT, DEVELOPMENT, INC., <br>     Plaintiff, <br><br> v. <br><br> L'EXPRIMERIE; Jean-MARIE ROBINE, AND CHARLES BOWMAN <br>     Defendants | Civil Action No. 2:21-cv-02411 |

## Declaration of Charles Bowman

I, Charles Bowman, under penalties of perjury state the following:

1. I am over eighteen (18) years of age and competent to testify about the subjects set forth in this Declaration.

2. In about 2014, my wife, Ann Bowman, attended a charity auction at which items were being auctioned off to raise money for scholarships. She was the successful bidder on a manuscript written by Fritz Perls (the "Manuscript"). She then gave me the Manuscript as a gift.

3. The late Bud Feder, the seller of the Manuscript told me that it had been buried in his closet for many years.

4. The Manuscript was examined by Bernd Bocian and Jean-Marie Robine, gestalt therapists in Europe, who like me, are experts in the history of gestalt

1

therapy. In addition, they specialize in the works of Friedrich Perls. Our independent examinations found that the Manuscript was written in 1965 when Perls was beginning his residency at Esalen.

5. Bernd Bocian was friends with Jean-Marie Robine, who is with L'exprimerie, which is a department of Institut Francais de Gestalt-therapie, 305 route de Chemin Court, 33240 St Romain la Virvee, France. He encouraged Jean-Marie Robine to publish the manuscript.

6. L'exprimerie asked me to write a summary of what I knew about the Manuscript. I did so and sent it to it to L'exprimerie.

7. L'exprimerie later published a book titled "Psychopathology of Awareness" (the "Book") that included the Manuscript, the summary I provided (as Chapter 3), and commentaries of other experts in gestalt therapy.

8. I did not write any part of the Book other than Chapter 3. Chapter 3 does not include any parts of the Manuscript.

9. I did not publish the Book.

10. I did not pay for the Book to be published.

11. The inventory of the book is not maintained by me.

12. I have never received any royalty, profit or form of compensation of any kind as a result of publication or sale of the Manuscript or the Book.

13. The forward for the Book includes these sentences: "Charlie Bowman acquired Perls' manuscript, which lay buried in a closet for many years. It took several more years before Charlie discovered a means of making it public. That means has become this book." I did not write these sentences. The statement "Charlie discovered a means of making it public" does not mean that I caused the Book to be published or that it would not have been published without me. I believe the reference to me in the forward was gratuitous and made only because I was the person who had an original interest in Manuscript.

14. I have never published the Manuscript.

15. The copyright registration information from the US Copyright Office for registration TXu000463603 is as follows:

```
Type of Work:        Text
Registration Number / Date:
                     TXu000463603 / 1991-02-08
Title:               Psycho-pathology of awareness.
Copyright Claimant:
                     Estate of Laura Perls
Date of Creation:    1963
Authorship on Application:
```

| | |
|---|---|
| Names: | Frederick S. Perls.<br>Perls, Frederick S., -1970<br>Laura Perls, Estate ofn |

16. I believe that it is impossible that the Manuscript is the same work that was registered with the Copyright Office, as the copyright registration states that the date of creation was 1963, but the Manuscript was created in 1965 when Perls was beginning his residency at Esalen. The 1965 creation date even is confirmed on page 58 of the Book.

17. To attempt to further confirm that the Manuscript is not the same thing that is copyrighted, my attorney Paul Overhauser has asked Michael Duffy, the attorney for THE CENTER FOR GESTALT DEVELOPMENT, INC. to supply a copy of the deposit material for the copyright registration (TXu000463603) certified as complete and accurate by the Copyright Office. Such a certified copy of the deposit material can be compared to the Manuscript to see if they are identical. The requested copy has not been received, nor has Mr. Duffy provided any explanation for why he has not provided the copy.

I affirm under the penalties of perjury that the foregoing statements are true.

*Charles Bowman*     6/29/21
Charles Bowman     Date