**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARGES BOWMAN,<br>       Plaintiff<br>v.<br><br>MARY RAWLE, THE CENTER FOR<br>GESTALT DEVELOPMENT, INC.,<br>JOHN J. POWELL, and<br>MONTGOMERY McCRACKEN<br>WALKER & RHOADS LLP,<br>       Defendants. | )<br>)<br>)<br>) Case No. 1:22-CV-01620-RLY-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Declaration of Paul B. Overhauser**

I, Paul B. Overhauser declare and affirm under the penalties of perjury of the United States as follows:

1. I am counsel of record for Charles Bowman in the above-captioned action, and in the case of THE CENTER FOR GESTALT DEVELOPMENT, INC v. BOWMAN, in the ED of PA Case No. 2:22-cv-02058-JDW (the "Copyright Suit").

2. On July 22, 2022, I filed on behalf of Bowman a *Motion to Dismiss* the Pennsylvania Copyright Suit for lack of personal jurisdiction.

3. My legal fees for unsuccessfully attempting to negotiate a resolution to the Copyright Suit, and to brief the successful motion to dismiss that suit were $8,389.91.

4. On October 19, 2022, the Motion to Dismiss the Copyright Suit was granted.

I affirm and declare, under penalty of perjury that the foregoing is true and correct.

s/Paul B. Overhauser

_____
Paul B. Overhauser   11/1/22