# EXHIBIT 1

EXHIBIT 1

---

**From:** Gasper, George <George.Gasper@icemiller.com>
**Sent:** Thursday, November 10, 2022 10:47 AM
**To:** Paul Overhauser <poverhauser@overhauser.com>
**Cc:** Powell, John <JPowell@mmwr.com>; Cavanaugh, Brian <Brian.Cavanaugh@icemiller.com>
**Subject:** Bowman Litigation

Paul – You may have seen, but I wanted to let you know that we filed the attached Complaint yesterday, on behalf of the Center against Mr. Bowman.  I believe I mentioned last week this was forthcoming, in light of the E.D.Pa. dismissal.  This doesn't change our willingness to participate in the January Settlement Conference, but we do think it will be helpful to flesh out some of the substantive issues a bit more in advance of that.  To that end, perhaps we can discuss tomorrow (and I'd invite John to join us).  But here's a few things that come to mind:

- Will you accept service on behalf of your client?  We'll be glad to send you copies of all the filings, or should we serve Mr. Bowman directly?  We'll also be willing to discuss timing for an Answer with you, but we do think it will help to have that prior to the settlement conference.

- We should also discuss the motion to remand. You have previously suggested your client would stipulate that he would not seek or accept damages over $75,000 in his pending case.  But, the Motion stops short of expressly saying that.  Will Mr. Bowman commit to that in a way that can be submitted to the court?

- As noted in the Complaint, John intends to seek transfer of the remaining E.D.Pa. case to S.D.Ind. so it would be litigated here for judicial efficiency.  On a related note, we also plan to file a Notice of Related Case so the case filed yesterday is assigned to Judge Young and Magistrate Baker.  We'll be glad to discuss as part of a broader call on how to best prepare the case for the next 60-90 days.

Thank you.



**George Gasper**
Partner
George.Gasper@icemiller.com

1

**p** 317-236-2275 **f** 317-592-4665

**c** 317-242-9624

..............................................................................................

Ice Miller LLP

One American Square

Suite 2900

Indianapolis, IN 46282-0200

..............................................................................................

To learn more about the firm and its services, visit us at
**icemiller.com**

..............................................................................................