IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARGES BOWMAN,<br>　　　　　　　Plaintiff<br>v.<br><br>MARY RAWLE, THE CENTER FOR<br>GESTALT DEVELOPMENT, INC.,<br>JOHN J. POWELL, and<br>MONTGOMERY McCRACKEN<br>WALKER & RHOADS LLP,<br>　　　　　　　Defendants. | )<br>)<br>)<br>)  Case No. 1:22-CV-01620-RLY-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Stipulation, Acknowledgement of Lack of Jurisdiction
and Consent to Remand**

Plaintiff, Charles Bowman ("Bowman") and Defendants hereby stipulate that: (a) the amount in controversy in this case does not exceed $75,000; (b) Bowman will not seek and, under any circumstances, may not recover more than $75,000 in this case. Based upon this stipulation, Bowman renews his request that this Court remand it to the Hamilton County Superior Court and Defendants represent that they consent to remand in light of the above stipulation.

1

Respectfully submitted,

s/Paul B. Overhauser
Paul B. Overhauser
OVERHAUSER LAW OFFICES LLC
18 E. Main St., Suite 202
Greenfield, IN 46140
Phone: (317) 467-910
poverhauser@overhauser.com
*Counsel for Plaintiff Charles Bowman*

s/George A. Gasper*
George A. Gasper
Brian Christopher Cavanaugh
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: (317) 236-2275
Fax: (317) 592-4665
george.gasper@icemiller.com
brian.cavanaugh@icemiller.com
*Counsel for Defendants Mary Rawle, The Center for Gestalt Development, Inc., John J. Powell, and Montgomery McCracken Walker & Rhoads LLP*

*Consent to apply e-signature provided in email dated 12/05/2022